FILED

MAY 23 2019

TIMOTHY M. O'BRIEN CLERK
By_____ _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Stacie Wiggans                                      )
                                                    )
_____                   )
                                                    )
_____                   )
                                                    )
(Enter above the full name of the Plaintiff(s)      )
                                                    )
vs.                                                 )    Case Number 2:19-cv-2256-CM-TJJ
                                                    )    EEOC No. 563-2018-03025
McAnany, Van Cleave & Phillips, P.A.,  et al.)       KHRC Docket No. 40865-19
Name                                                )
10 E. Cambridge Circle Drive, Suite 300             )
Street and number                                   )
KANSAS CITY, KS 66103                               )
City             State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

      (In item A below, place your name in the first blank and place your present address in the
      second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

      A.    Name of plaintiff  Stacie Wiggans _____

            Address  6565 Foxridge Drive, Apt. 159, Mission, Kansas, 66202 _____

            _____

            _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant McAnany, Van Cleave & Phillips, P.A.                                    is

      employed at McAnany, Van Cleave & Phillips, P.A.

      Frederick J. Greenbaum, Registered Agent

C.    Additional Defendants James P. Wolf, Partner McAnany, Van Cleave & Phi

      & Phillips, P.A.; Phillip M. Sanders, Chief Operating Officer, McAnany,

      Van Cleave & Phillips, P.A.


II.    Jurisdiction:

       (Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

       A.  (If Applicable) Diversity of citizenship and amount:

             1.    Plaintiff is a citizen of the State of _____ Kansas _____ .

             2.    The first-named defendant above is either

                   a.   a citizen of the State of _____; or

                   b.   a corporation incorporated under the laws of the State of

                        _____ Kansas _____ and having its principal place of business

                        in a State other than the State of which plaintiff is a citizen.


             3. The second-named defendant above is either

                   a.    a citizen of the State of _____ Kansas _____; or

                   b.    a corporation incorporated under the laws of the State of

                         _____ and having its principal place of business in a

                         State other than the State of which plaintiff is a citizen.


       (If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
       Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____ .

☑ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. '1343).                                    ,

☑ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. " 2000e, et seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. " 621, et seq., for employment discrimination on the basis of age (age 40 or older).

American with Disabilities Act of 1990, as amended, 42 U.S.C. " 12101, et seq., for employment discrimination on the basis of disability.

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

See Civil Complaint Attachment.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

See Civil Complaint Attachment.

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.   Do you claim actual damages for the acts alleged in your complaint?
      Yes ☒    No ☐

VII.  Do you claim punitive monetary damages?   Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

See Civil Complaint Attachment.

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes ☒  No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

 Equal Employment Opportunity Commission and Kansas Human Rights 

 Commission Charge of Discrimination filed 2-8-19; Dismissal and Notice 

 of Rights issued 2-22-19, mailed 2-26-19, received by Plaintiff on 3-1-19. 

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

 n/a 

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____  s/ Stacie Wiggans
Signature of Plaintiff

Stacie Wiggans
Name (Print or Type)

6565 Foxridge Drive, Apt. 159
Address

5

Mission, KS 66202
_____

City          State          Zip Code

(913) 215-2091
_____

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐Wichita,   ☒Kansas City , or   ☐Topeka} , Kansas as the

(Select One)

location for the trial in this matter.

s/ Stacie Wiggans

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒Yes or   ☐No }

(Select One)

s/ Stacie Wiggans

Signature of Plaintiff

Dated: 05/23/2019
_____

(Rev. 10/15)